LOCATED AT (COURT ADDRESS)
2 SOUTH BOND ST
BEL AIR, MD 21014

COMPLAINT ☒ $5,000 or under ☐ over $5,000 ☐ over $10,000
Clerk: Please docket this case in an action of ☐ contract ☒ tort ☐ replevin ☐ detinue ☐ bad faith insurance claim

The particulars of this case are:

Your honor. The credit bureau "EQUIFAX" has been reporting false information on my credit report for months now. I have notified EQUIFAX numerous times about the incorrect information and told them they are violating the FCRA law.

Numerous inquires have shown up on my file. I have called the creditors who inquired. They have no record under my SSN#. I have told EQUIFAX this numerous times to no avail of deletion.

There are 20+ inaccurate inquires on my credit report and EQUIFAX won't delete them. They are in DIRECT VIOLATION of the FCRA law.

I'm suing your honor for severe damages done to my credit by EQUIFAX by failing to correct inaccurate information on my credit file & for violating the FCRA law.

Also i request a COURT ORDER for EQUIFAX to delete the inaccurate information from my credit file asap.

**CASE NO.** CV

**PARTIES**

Plaintiff
JASON BOURNE
PO BOX 301
BEL AIR, MD 21014

VS.

Defendant(s):
1. Equifax Information Services LLC
R/A:CSC Lawyers
7 ST. PAUL STREET, SUITE 1660
BALTIMORE, MD, 21202
Serve by: ☒ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

2.
Serve by: ☐ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

3.
Serve by: ☐ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

4.
Serve by: ☐ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

(See Continuation Sheet)
☐ Legal
☐ Contractual _____ %

The Plaintiff claims:
☒ $ 4,999 plus interest of $ _____ and attorney's fees of $ _____ plus court costs.
☐ Return of the property and damages of $ _____ for its detention in an action of replevin.
☐ Return of the property, or its value, plus damages of $ _____ for its detention in action of detinue.
☒ Other: All fines from violations of credit laws. and demands judgment for relief.

_____
Signature of Plaintiff/Attorney/Attorney Code
Signer's Address: PO BOX 301
BEL AIR, MD 21014
Signer's Telephone Number: _____
Signer's Facsimile Number, if any: _____
Signer's E-mail Address, if any: _____

**ATTORNEYS**
For Plaintiff - Name, Address, Telephone Number & Code

**MILITARY SERVICE AFFIDAVIT**
☐ Defendant(s) _____ is/are in the military service.
☒ No Defendant is in the military service. The facts supporting this statement are: N/A. DEFENDANTS ARE A BUSINESS.

Specific facts must be given for the Court to conclude that each Defendant who is a natural person is not in the military.

☐ I am unable to determine whether or not any Defendant is in military service.
I hereby declare or affirm under the penalties of perjury that the facts and matters set forth in the aforegoing Affidavit are true and correct to the best of my knowledge, information, and belief.

05/13/2014
Date                                    Signature of Affiant

**APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT**
Attached hereto are the indicated documents which contain sufficient detail as to liability and damage to apprise the Defendant clearly of the claim against the Defendant, including the amount of any interest claimed.
☐ Properly authenticated copy of any note, security agreement upon which claim is based ☐ Itemized statement of account ☐ Interest worksheet
☐ Vouchers ☐ Check ☐ Other written document ☐ _____ ☐ Verified itemized repair bill or estimate
I HEREBY CERTIFY: That I am the ☐ Plaintiff ☐ _____ of the Plaintiff herein and am competent to testify to the matters stated in this complaint, which are made on my personal knowledge; that there is justly due and owing by the Defendant to the Plaintiff the sum set forth in the Complaint.
I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the above Complaint are true and I am competent to testify to these matters.

05/13/2014
Date                                    Signature of Affiant

DC/CV 1 (front) (Rev. 11/2012)

IF UNDELIVERABLE RETURN TO
DISTRICT COURT OF MARYLAND #9-1
2 S BOND ST
BEL AIR MD 21014-3736

CERTIFIED MAIL

7112 2557 3090 1132 2164

"RESTRICTED DELIVERY"

EQUIFAX INFO SVC LLC
R/A CSC LAWYERS
7 ST PAUL ST #1660
BALTIMORE, MD 21202

2120231407 C031

U.S. POSTAGE >> PITNEY BOWES

ZIP 21014 $ 011.74
02 1W
0001386142 JUN 04 2014