UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| JASON BOURNE,<br><br>        Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>        Defendant. | Civil Action No. 1:14-cv-02018-JFM<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Pro Se Jason Bourne and Defendant Equifax Information Services LLC that, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), this action be dismissed with prejudice against Defendant Equifax Information Services LLC, as settled, with each party to bear their own costs and expenses incurred within.

Respectfully submitted this 25th day of June, 2015,

| | |
|---|---|
| **PLAINTIFF**<br>Jason Bourne<br><br>*JASON BOURNE*<br>Pro Se<br>P O Box 301<br>Bel Air, MD 21014 | **DEFENDANT,**<br>**EQUIFAX INFORMATION SERVICES, LLC.,**<br><br>By its attorneys,<br><br>_____<br>Nathan D. Adler   Bar No. 22645<br>Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.<br>One South Street, 27th Floor<br>Baltimore, Maryland 21202-3201<br>Tel: (410) 332-8516<br><br>*Attorneys for Equifax Information Services LLC*<br>Of Counsel:<br>Brian J. Olson, Esq.<br>King & Spalding LLP<br>1180 Peachtree Street N.E. |

Atlanta, Georgia  30309-3521